Grafton, }
Apr. 6, 1926. }

## STATE v. LEON HAMEL.

APPEAL, from a conviction in a municipal court, upon a charge of keeping spirituous liquor for sale. The defendant filed a special plea alleging that he had been convicted of and punished for the same offense in the federal court. The plea was overruled by *Sawyer*, J., who allowed a bill of exceptions.

*Clark B. Frost*, solicitor, for the state.

*Napoleon J. Dyer* and *Frank P. Tilton* (*Mr. Dyer* orally), for the defendant.

*Per Curiam*. The case is governed by *State* v. *Gendron*, 80 N. H. 394.

*Exception overruled.*